# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN D. THORNTON,<br><br>             Plaintiff,<br><br>      v.<br><br>C/O SHARP, et al.,<br><br>             Defendants. | CASE NO. 1:11-cv-01145 GSA PC<br><br>ORDER DISMISSING CLAIMS AND DEFENDANTS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. §636(c). This action proceeds on the original complaint filed on July 12, 2011.

On December 14, 2011, the Court issued an order finding that Plaintiff's complaint states cognizable claims against Defendants Sharp and Grissom for failure to protect Plaintiff, but does not state a cognizable claims against Defendants Jose, Ortiz, Robles, Cate or Harrington and does not state a claim for supervisory liability. The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. On December 28, 2011, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claims found cognizable. Based on Plaintiff's notice, this order now issues. See Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, it is HEREBY ORDERED that:

1. This action proceeds on Plaintiff's complaint, filed July 12, 2011, against Defendants Sharp anc Grissom for failure to protect Plaintiff in violation of the Eighth Amendment;
2. Plaintiff's Supervisory Liability claim is dismissed for failure to state a claim; and
3. Defendants Jose, Ortiz, Robles, Cate and Harrington are dismissed based on Plaintiff's failure to state any claims against them.

IT IS SO ORDERED.

Dated:   **January 3, 2012**                          **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE